FREETOWN.

Where two members were chosen in a town, which, from a certificate of the assessors thereof, *as to the number of persons actually taxed therein*, did not appear to contain ratable polls enough to entitle it to two members, and one member only was returned ;—he was allowed to retain his seat.

THE election of the two members chosen in Freetown, was controverted,[1] on the ground, that the town did not contain a sufficient number of ratable polls to entitle it to send two representatives ; and, by an affidavit of the assessors, it appeared, that the number of polls actually taxed therein, in the year 1808, was two hundred and ninety-nine.

At the June session, the committee on elections reported[2] a reference of the subject to the next session, which was agreed to, and towards the close of that session they again reported, that there was but one member returned from the town of Freetown, and, inasmuch as no evidence had been produced to show that the town did not contain a sufficient number of ratable polls to entitle it to send two members, it was unnecessary to act further on the subject. The report was agreed to.[3]